1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-85-CAB |
| Plaintiff, | **ORDER AND JUDGMENT ON UNITED STATES' MOTION TO DISMISS** |
| v. | |
| JACQUES ALLAN HICKS, | |
| Defendant. | |

The Court having considered the United States' motion to dismiss, and good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice. Furthermore, the bond as to the defendant is exonerated.

IT IS SO ORDERED.

DATED:   5/7/2021

HON. CATHY ANN BENCIVENGO
United States District Judge